IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES ,

                                  Plaintiff,

v.                                          ORDER

                                              10-cr-151-wmc

MICHAEL C. FUNK

                                Defendant.
_____

       Based on a previous state court finding that defendant Michael Funk presents a serious risk of harm to himself, and based on the findings of a competent mental health professional that defendant Funk requires treatment to abate his inclination to harm himself;

       It is ORDERED that this court hereby accepts the state court commitment for treatment at a suitable facility until the defendant no longer presents a risk of harm to himself, or for six months (counting from the date of the state's commitment order), whichever occurs first.

       It is FURTHER ORDERED that the United States Marshals Service is authorized forthwith to place defendant Michael Funk at any suitable facility outside the State of Wisconsin for the purpose of providing this necessary treatment for defendant Funk.

       Entered this 4th day of November, 2010.

                                                    BY THE COURT:

                                                    /s/

                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge